# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Karmen Roller**
    Plaintiff
 vs.       **CASE NUMBER: 5:12-CV-1680 (TJM)**

**Carolyn W. Colvin, Acting Commissioner of Social Security**
    Defendant

**Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

That Plaintiff's Motion for Judgment on the Pleadings is DENIED, Defendants Motion for Judgment on the Pleadings is GRANTED. The Court hereby AFFIRMS the final decision of the Commissioner and the Complaint filed by Karmen Roller is DISMISSED. Judgment entered in favor of the defendant and this action is closed.

All of the above pursuant to the order of the Honorable Judge Thomas J. McAvoy, dated the 27th day of March, 2014.

DATED: March 27, 2014

                _Lawrence K. Baerman_
                Clerk of Court

                s/

                Joanne Bleskoski
                Deputy Clerk